UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>Josesph Bey, Jr.</u>
Petitioner

V.

<u>United States Department of Justice</u>
Respondent

CIVIL ACTION

NO. <u>05-11757-REK</u>

## ORDER

<u>Keeton, S.D. J.</u>

Pursuant to Rule 4(b) of the Rules Governing Section 2241 cases, the Cle of this Court is hereby ordered to serve a copy of the Petition upon the office of t United States Attorney General and the United States Attorney.

It is further ordered that the Respondent shall, within 60 days of receipt of th Order, file an answer or other responsive pleading.

_9/19/05_
Date

_Robert E Keeton_
United States Senior District Judge

(2241servINS.wpd - 09/00)                                    [2241serv.]