# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

Joseph B. Bey, Jr.

v.                                    **APPEARANCE**

United States Department of Justice

Case Number:   05-11757-REK

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   United States Department of Justice.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| November 18, 2005 | /s/ Sabita Singh |
| Date | Signature |
| | Sabita Singh                560146 |
| | Print Name                Bar Number |
| | 1 Courthouse Way, Suite 9200 |
| | Address |
| | Boston            MA    02210 |
| | City         State      Zip Code |
| | (617) 748-3100     (617) 748-3954 |
| | Phone Number         Fax Number |