UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                 )
JOSEPH B. BEY, JR.,                 )
    Petitioner                         )
                                               )
    v.                         )     CIVIL ACTION
                                               )     NO. 05-11757-REK
UNITED STATES DEPARTMENT    )
OF JUSTICE,                       )
    Respondent                   )
_____)

**Final Judgment**
January 25, 2006

      For the reasons stated in the Memorandum and Order of this date, it is

ORDERED:

      (i)  Judgment for respondent.

      (ii)  This case is now closed.

Approved:                                        By the Court,

_/s/Robert E. Keeton_____        _/s/Jennifer Filo_____

Robert E. Keeton                          Jennifer Filo, Deputy Clerk
Senior United States District Judge