## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 05-cv-11757

Joseph Bey, Jr.,

v.

United States Department of Justice

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 2/6/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 2, 2006.

Sarah A Thornton, Clerk of Court

By: _____
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 3/3/06

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

APPEAL, HABEAS

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:05-cv-11757-REK

Bey v. United States Department Of Justice
Assigned to: Senior Judge Robert E. Keeton
Cause: 28:2241 Petition for Writ of Habeas Corpus (federa

Date Filed: 08/26/2005
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: U.S. Government Defendant

**Petitioner**

**Joseph Bey, Jr.**              represented by **Joseph Bey, Jr.**
                                  FMC Devens
                                  No. 21146-038
                                  Box 879
                                  Ayer, MA 01432
                                  PRO SE

V.

**Respondent**

**United States Department Of Justice**    represented by **Emily R. Schulman**
                                            Wilmer Cutler Pickering Hale and Dorr LLP
                                            60 State Street
                                            Boston, MA 02115
                                            617-526-6077
                                            Fax: 617-526-5000
                                            Email: emily.schulman@wilmerhale.com

                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

                                            **Sabita Singh**
                                            United States Attorney's Office
                                            United States Courthouse
                                            1 Courthouse Way, Suite 9200

Boston, MA 02210
617-748-3686
Fax: 617-748-3954
Email: sabita.singh@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/26/2005 | 1 | PETITION for Writ of Habeas Corpus (2241) $ 5, receipt number 66508, filed by Joseph Bey, Jr.(Folan, Karen) (Entered: 08/31/2005) |
| 08/26/2005 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Alexander. (Folan, Karen) (Entered: 08/31/2005) |
| 09/19/2005 | 2 | Judge Robert E. Keeton : ORDER entered. SERVICE ORDER re 2241 Petition. Order entered pursuant to R.4 of the Rules governing Section 2241 cases for service on respondents. The answer or responsive pleading is due within 60 days of receipt of this order.(Folan, Karen) (Entered: 09/20/2005) |
| 11/18/2005 | 3 | RESPONSE/ANSWER to 1 Petition for Writ of Habeas Corpus (2241) by United States Department Of Justice. (Singh, Sabita) (Entered: 11/18/2005) |
| 11/20/2005 | 4 | NOTICE of Appearance by Sabita Singh on behalf of United States Department Of Justice (Singh, Sabita) (Entered: 11/20/2005) |
| 12/07/2005 | 5 | Traverse by Joseph Bey, Jr to 3 Response to Petition for Writ of Habeas Corpus - 2241. (Attachments: # 1 Exhibits)(Folan, Karen) (Entered: 12/09/2005) |
| 12/08/2005 | 6 | Traverse (signed copy) by Joseph Bey, Jr to 3 Response to Petition for Writ of Habeas Corpus - 2241. (Attachments: # 1 Exhibits)(Folan, Karen) (Entered: 12/09/2005) |
| 01/12/2006 | 7 | Judicial Notice pursuant to Federal Rules of Evidence Rule 201 by Joseph Bey, Jr (Folan, Karen) (Entered: 01/18/2006) |
| 01/25/2006 | 8 | Judge Robert E. Keeton: MEMORANDUM AND ORDER entered denying 1 Petitioner's Motion to Correct and/or Modify the Judgment of Conviction and Sentence.(Filo, |

| | | |
|---|---|---|
| | | Jennifer) (Entered: 01/25/2006) |
| 01/25/2006 | 9 | Judge Robert E. Keeton: FINAL JUDGMENT entered in favor of Respondent against Petitioner.(Filo, Jennifer) (Entered: 01/25/2006) |
| 02/06/2006 | 10 | NOTICE OF APPEAL as to 9 Final Judgment by Joseph Bey, Jr. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 2/27/2006. (Attachments: # 1 Exhibit)(Filo, Jennifer) (Entered: 02/13/2006) |
| 02/06/2006 | 11 | AFFIDAVIT in Support re 10 Notice of Appeal and Request to Proceed in Forma Pauperis. (Filo, Jennifer) (Entered: 02/13/2006) |